Fill in this information to identify the case:

Debtor 1 Catherine M. Abess fka Catherine Morse
Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Arizona - Phoenix Division

Case Number: 2:20-bk-10028-BKM

Official Form 410S2

# Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges*     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Quicken Loans, LLC Formerly Known As (FKA) Quicken Loans Inc.    **Court Claim No. (if known):** 5

**Last 4 digits** of any number you use to
Identify the debtor's account**:**          0133

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: __/__/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | _____ | (1) | $_____ |
| 2. | Non-Sufficient Funds (NSF) Fees | _____ | (2) | $_____ |
| 3. | Attorney Fees | _____ | (3) | $_____ |
| 4. | Filing Fees and Court Costs | _____ | (4) | $_____ |
| 5. | Bankruptcy/Proof of claim fees | 9/22/2020 | (5) | $   500 |
| 6. | Appraisal/Broker's Price Opinion Fees | _____ | (6) | $_____ |
| 7. | Property Inspection fees | _____ | (7) | $_____ |
| 8. | Tax Advances (non-escrow) | _____ | (8) | $_____ |
| 9. | Insurance Advances (non-escrow) | _____ | (9) | $_____ |
| 10. | Property Preservation expenses. Specify:_____ | _____ | (10) | $_____ |
| 11. | Other. Specify: _____Plan Review_____ | 9/4/2020 | (11) | $   450 |
| 12. | Other. Specify: ____Objection to Plan_____ | 9/14/2020 | (12) | $   500 |
| 13. | Other. Specify: _____ | _____ | (13) | $_____ |
| 14. | Other. Specify: _____ | _____ | (14) | $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1: Catherine M. Abess fka Catherine Morse                                          Case number: 2:20-bk-10028-BKM

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ LJM #014228                                                                              Date: October 14, 2020
Signature

Print:     Leonard J. McDonald, Esq.                                                         Title: Attorney for Creditor

Company:   Tiffany and Bosco, P.A.

Address:   Seventh Floor Camelback Esplanade II,
           2525 E. Camelback Rd.
           Phoenix, AZ 85016

Contact phone: 602-255-6007                                                                  Email: pocnotifications@tblaw.com


*This Amended Notice is being filed with the intent to amend the Notice filed on 10/12/2020

## TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA - PHOENIX DIVISION**

| | |
|---|---|
| IN RE:<br><br>Catherine M. Abess fka Catherine Morse<br><br>Debtor. | No. 2:20-bk-10028-BKM<br><br>Chapter 13<br><br>CERTIFICATE OF SERVICE |

I, Leonard J. McDonald, certify:

That on 14th day of October, 2020, I caused to be mailed a copy of the Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges, in reference to the above captioned matter, by U.S. Mail, postage prepaid, to the following interested parties:

Catherine M. Abess fka Catherine Morse
39825 N Riverbend Rd
Phoenix, AZ  85086
Debtor

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL  60076-2780
Attorney for Debtor

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965
Trustee

DATED this 14th day of October, 2020.

                                                Respectfully submitted,

                                                TIFFANY & BOSCO, P.A.

                                                BY /s/ LJM #014228
                                                     Mark S. Bosco
                                                     Leonard J. McDonald
                                                   Attorneys for Movant